MN,ND-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund

Debtor:   Ronald and Linda Toussaint;   Chapter 7 Case No. 08-44717

Please Check One:
__ Unclaimed Dividends
X   Distribution Less Than $5

RECEIVED
09 DEC 30 AM 9:26
U.S. BANKRUPTCY COURT
MINNEAPOLIS MN

#189785
23.38
12-30-09
RE

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| WINGS Financial FCU<br>14985 Glazie rAve., Suite 100<br>Apple Valley, MN  55124 | 2 | $649.65 | $3.94 |
| WINGS Financial FCU<br>14985 Glazie rAve., Suite 100<br>Apple Valley, MN  55124 | 4 | $337.03 | $2.04 |
| NSP dba Excel Energy<br>3215 Commerce St<br>LaCrosse, WI  54603 | 5 | $717.24 | $4.35 |
| Minnesota Basketball<br>2050 W 96th Street<br>Bloomington, Mn  55431 | 9 | $300.00 | $1.82 |
| Quello Clinic Ltd<br>7801 E Bush Lk Rd Ste 300<br>Bloomington, MN  55439 | 11 | $164.72 | $1.00 |
| Qwest Communications<br>P O Box 29039<br>Phoenix, AZ  85038-9039 | 12 | $622.35 | $3.77 |
| Credit Bureau Associates<br>P O Box 150<br>Fairfield, CA  94533 | 15 | $353.78 | $2.15 |
| Recovery Management Systems<br>For GE Money Bank<br>Dba Sam's Club<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131 | 16 | $709.93 | $4.31 |

DATE: December 29, 2009

__/e/ Brian F. Leonard_____
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN  55402
(612) 332-1030

356179